FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 18  AM 11: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL MEAD #342877** | **CIVIL ACTION** |
| versus | **NO. 05-0203** |
| **BURL CAIN, WARDEN** | **SECTION: "B" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition of **Michael Mead** for federal *habeas corpus* relief be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of April, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____